**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-7992
_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

DEWAYNE L. CREWS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Lynchburg.  Norman K. Moon, Senior
District Judge.  (6:03-cr-70047-NKM-1)

_____

Submitted: March 26, 2013          Decided:  March 28, 2013

_____

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dewayne L. Crews, Appellant Pro Se. Ronald Andrew Bassford,
Assistant United States Attorney, Roanoke, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewayne L. Crews appeals the district court's order denying his § 3582(c)(2) motion for sentence reduction. However, because Crews served his original sentence and is now confined on a sentence imposed on revocation of supervised release, he is not eligible for § 3582(c)(2) relief. See U.S. Sentencing Guidelines Manual § 1B1.10, p.s., cmt. n.5(A) (2012) ("This section does not authorize a reduction in the term of imprisonment imposed upon revocation of supervised release."); United States v. Morales, 590 F.3d 1049, 1051 (9th Cir. 2010) (same). Accordingly, we affirm the district court's denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED